THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, *et al.*, | CASE NO. C16-1940-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CARRINGTON MORTGAGE SERVICES, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to amend class certification briefing schedule (Dkt. No. 24). This motion is GRANTED. The Court enters the following briefing schedule for Plaintiffs' motion for class certification:

| | |
|---|---|
| Noting Date: | September 22, 2017 |
| Deadline to move for class certification: | August 25, 2017 |
| Deadline to file any opposition to motion for class certification: | September 18, 2017 |
| Deadline to file any reply: | September 22, 2017 |

//

//

MINUTE ORDER C16-1940-JCC
PAGE - 1

DATED this 12th day of July 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk