THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, *et al.*,<br><br>             Plaintiffs,<br>    v.<br><br>CARRINGTON MORTGAGE SERVICES LLC, *et al.*,<br><br>             Defendants. | CASE NO. C16-1940-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend time to answer the second amended complaint (Dkt. No. 28). This motion is GRANTED. Defendants have until August 24, 2017 to respond to Plaintiffs' second amended complaint.

DATED this 10th day of August 2017.

                                         William M. McCool
                                         Clerk of Court

                                         /s/Paula McNabb
                                         Deputy Clerk