UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, *et al.*, | CASE NO. C16-1940-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CARRINGTON MORTGAGE SERVICES LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to allow Plaintiffs to file a corrected second amended complaint (Dkt. No. 31). This motion is GRANTED. Plaintiffs shall file a corrected second amended complaint within seven days of this order.

DATED this 25th day of August 2017.

William M. McCool
Clerk of Court

/s/Paula McNabb
Deputy Clerk