THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, *et al.*, | CASE NO. C16-1940-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CARRINGTON MORTGAGE SERVICES, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion to amend and reconsider (Dkt. No. 55) the Court's order granting Defendants' motion to dismiss and denying as moot Plaintiffs' motion to certify class (Dkt. No. 54). Plaintiffs allege the Court's order extended beyond what was requested or briefed with respect to whether Defendants' practices were unfair under the Washington Consumer Protection Act. (*See* Dkt. No. 55.) The Court DIRECTS Defendants to respond to Plaintiffs' motion by Friday, October 27, 2017. The response shall not exceed 7 pages. Should Defendants wish to file a reply, they shall do so by Friday, November 3, 2017. Defendant's reply shall be limited to the issues raised in Defendants' response and shall not exceed 4 pages. The Court DIRECTS the Clerk to renote the motion for reconsideration (Dkt. No. 55) to Friday, November 3, 2017.

DATED this 13th day of October 2017.

William M. McCool
Clerk of Court

s/*Tomas Hernandez*
Deputy Clerk