THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, *et al.*, | CASE NO. C16-1940-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CARRINGTON MORTGAGE SERVICES LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on parties' Stipulated Motion to Amend Deadline for Plaintiff to File Third Amended Complaint (Dkt. No. 57). The Court, finding good cause, GRANTS the motion. Plaintiffs' Third Amended Complaint must be filed within seven days after the Court rules on Plaintiffs' motion for reconsideration (Dkt. No. 55) of the Court's order dismissing Plaintiffs' claims (Dkt. No. 54), currently noted for November 3, 2017.

DATED this 1st day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
