THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, *et al.*, | CASE NO. C16-1940 JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CARRINGTON MORTGAGE SERVICES, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for an extension of time to respond to the Third Amended Complaint (Dkt. No. 61.) Finding good cause, the Court GRANTS the parties' motion. Defendants must file and serve their responses to the Third Amended Complaint by December 11, 2017.

DATED this 21st day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk