UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, and OLGA KOFANOVA, and each on behalf of himself/herself, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARRINGTON MORTGAGE SERVICES, LLC, a Delaware Corporation, CARRINGTON HOME SOLUTIONS L.P. fka WHITE VAN REAL ESTATE SERVICES, L.P., and DOES 1-9,<br><br>Defendants. | CASE NO. C16-1940-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on parties' stipulated motion to amend the briefing schedule on Defendant's motion to dismiss Plaintiff's third amended complaint. (Dkt. No. 64.) The Court GRANTS the motion and DIRECTS the Clerk to re-note the motion (Dkt. No. 63) to January 19, 2018. Plaintiff's response will accordingly be due January 15, 2018, and Defendant's reply will be due January 19, 2018.

//

1      DATED this 8th day of January 2018.

William M. McCool<br>Clerk of Court

s/Tomas Hernandez<br>Deputy Clerk

MINUTE ORDER
C16-1940-JCC
PAGE - 2