THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, *et al.*, | CASE NO. C16-1940-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CARRINGTON MORTGAGE SERVICES LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time for filing a reply (Dkt. No. 79). Finding good cause, the Court GRANTS the motion. Plaintiffs shall file their reply in support of their motion for class certification no later than November 2, 2018.

DATED this 26th day of October 2018.

William M. McCool
Clerk of Court

s/*Tomas Hernandez*
Deputy Clerk