THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, *et al.*, | CASE NO. C16-1940-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CARRINGTON MORTGAGE SERVICES, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties filed a stipulated motion to extend Plaintiffs' deadline to file a reply in support of their motion for class certification, which this Court granted. (Dkt. Nos. 79, 81.) Pursuant to this new deadline, the Court RENOTES Plaintiffs' motion to certify class (Dkt. No. 72) to November 2, 2018.

DATED this 29th day of October 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1940-JCC
PAGE - 1