THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, *et al.*, | CASE NO. C16-1940-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CARRINGTON MORTGAGE SERVICES, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties are DIRECTED to meet and confer to develop a proposed case management schedule. If the parties cannot agree on a case management schedule, Plaintiffs shall file a proposed case management schedule, to which Defendants may respond. The proposed case management schedule is due by March 18, 2019. If the parties cannot agree, Defendants' response is due by March 20, 2019.

DATED this 4th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1940-JCC
PAGE - 1