THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, *et al.*, | CASE NO. C16-1940-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CARRINGTON MORTGAGE SERVICES, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' proposed case management schedule (Dkt. No. 92). The parties are ORDERED to amend the proposed case management schedule to include a plan for providing notice to the class. The amended proposed case management schedule is due by April 2, 2019.

DATED this 26th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C16-1940-JCC
PAGE - 1