UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIKOLAY KAUTSMAN, *et al.*, | CASE NO. C16-1940-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CARRINGTON MORTGAGE SERVICES, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and agreement to extend the deadline to add current class members as named Plaintiffs (Dkt. No. 97). The motion is GRANTED. The deadline to name current class members as additional named Plaintiffs is EXTENDED to October 1, 2019.

DATED this 2nd day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk